IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. _____ |
|---|---|
| Plaintiff, | **COUNT ONE:** |
| v. | *Felon in Possession of a Firearm* |
| DOMINNICK W. HEARN, | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| [DOB: 05/18/1994], | NMT 10 Years' Imprisonment |
|  | NMT $250,000 Fine |
|  | NMT 3 Years' Supervised Release |
| Defendant. | Class C Felony |
|  | $100 Special Assessment |

# I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

## COUNT ONE

On or about November 5, 2020, in Buchanan County, in the Western District of Missouri, the defendant, **DOMINNICK W. HEARN,** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a ROHM GMBH .38 Special revolver, with Serial number 283659, which had been transported in interstate commerce. All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

1/26/2021
DATE

*/s/ Sean Saunders*
FOREPERSON OF THE GRAND JURY

*/s/ Maureen A. Brackett*
Maureen A. Brackett
Special Assistant United States Attorney
Western District of Missouri